No. 02-9577. PAYNE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-9594. AMUNGA *v.* JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02-9595. MARTELLO *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02-9610. BARDEN *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02-9611. ANTHONY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-9618. YOUNG *v.* McKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02-9620. LANCASTER *v.* FINN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02-9621. JONES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02-9622. WILSON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02-9624. WRIGHT *v.* COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 02-9629. SHERKAT *v.* CIRCUIT COURT OF MISSOURI, CLAY COUNTY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 02-9633. REMSEN ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02-9636. SCANLON *v.* DOUGLAS. C. A. 8th Cir. Certiorari denied.

No. 02-9637. HINES *v.* MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.